THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR25-078-JNW |
| Plaintiff, ) | |
| v. ) | ORDER TO CONTINUE SENTENCING HEARING |
| ALEXANDER J. COMO, ) | |
| Defendant. ) | |

THIS COURT has considered Alexander Como's unopposed motion to continue his sentencing date from December 4, 2025, to January 29, 2026, along with the records in this case.

IT IS NOW ORDERED that the sentencing hearing is continued to January 29, 2026.

DATED this 24th day of November 2025.

_____
JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Jesse Cantor*
Assistant Federal Public Defender
Attorney for Alexander J. Como

ORDER TO CONTINUE SENTENCING HEARING
(*United States v. Como*, CR25-078-JNW) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100